TERENCE L. ROONEY (5789)
CAMILLE N. JOHNSON (5494)
BRADLEY R. BLACKHAM (8703)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah  84145
Telephone:  (801) 521-9000
Facsimile:  (801) 363-0400

*Attorneys for Defendants University of Utah Hospitals
and Clinics, the University of Utah Health Sciences Center,
University Healthcare, the State of Utah, and Nicola Longo*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JANET SCHUBERT, individually, and as personal representative on behalf of the legal heirs of Dr. William Schubert, deceased, | |
| Plaintiff, | **ORDER OF DISMISSAL OF NICOLA LONGO WITH PREJUDICE** |
| vs. | |
| GENZYME CORPORATION, a Massachusetts corporation; SANOFI, a French company; BUSINESS ENTITIES I through X; and JOHN DOE and JANE DOE, husband and wife, I through X, UNIVERSITY OF UTAH HOSPITALS AND CLINICS, a Utah entity; THE UNIVERSITY OF UTAH HEALTH SCIENCES CENTER, a Utah entity, UNIVERSITY HEALTHCARE, a Utah entity, the STATE OF UTAH, and NICOLA LONGO, an individual, | Case No. 2:12-cv-00587  Judge Dale A. Kimball |
| Defendant. | |

Based upon the stipulated motion of Plaintiff and Defendants University of Utah Hospitals and Clinics, the University of Utah Health Sciences Center, University Healthcare, the State of Utah, and Nicola Longo (hereinafter the "University"), and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Nicola Longo be dismissed from the above-referenced case with prejudice, each of the parties to bear their own costs and attorneys' fees.

DATED this 6th day of November, 2014.

BY THE COURT:

_____
Honorable Dale A. Kimball