## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JANET SCHUBERT, individually, and as personal representative on behalf of the legal heirs of Dr. William Schubert, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENZYME CORPORATION, a Massachusetts corporation; SANOFI, a French company; BUSINESS ENTITIES I through X; UNIVERSITY OF UTAH HOSPITALS AND CLINICS, a Utah entity; THE UNIVERSITY OF UTAH HEALTH SCIENCES CENTER, a Utah entity; UNIVERSITY HEALTHCARE, a Utah entity; and THE STATE OF UTAH,<br><br>    Defendants. | **ORDER GRANTING MOTION TO UNSEAL FOURTH AMENDED COMPLAINT (DOC. NO. 203)**<br><br>Case No. 2:12-cv-00587-HCN-DAO<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

      This matter came before the Court on the Motion ("Motion") of Intervenor Boston Globe Life Sciences Media LLC d/b/a STAT News ("STAT News") to Unseal Fourth Amended Complaint (Doc. No. 203).  Defendant Genzyme Corporation filed a response to the Motion on May 6, 2020, taking no position on the relief sought by STAT News (Doc. No. 204), and no other party has opposed the Motion.

      The Court, having considered the Motion and for good cause appearing, hereby GRANTS the Motion.  The Fourth Amended Complaint, currently identified on the docket as Doc. No. 173, is hereby unsealed.  The Court ORDERS the Clerk to unseal the Fourth Amended Complaint so that it is publicly accessible.

2

DATED this 21st day of May, 2020.

BY THE COURT:

_____
Judge Daphne A. Oberg
U.S. District Court Magistrate Judge